CRIMINAL GUIDELINES SENTENCING MINUTES       Judge: _Lee_
Date: _9-13-13_       Reporter: _R. Wilson_
       Start: _9:00_
       End: _9:22_

UNITED STATES OF AMERICA       _1:13cr165_
       VS.       Case Number

_Christopher M. Adkins_

Counsel/Government: _Peter Roman + Alex Nguyen_
Counsel/Defendant: _Shannon Quill + Mehul Niranjan Madia_

Court adopts PSI ___ without exceptions ___ with exceptions: _Pro hac vice motion w/ fee waived - granted. Loss amt. stip. between counsel - Court will go along w/ the plea agreement amt. adopt 18-24 mos all as stip. by parties. P.O. to make the changes. Gov't asked for_

Offense Level: ___
Criminal History: ___
Imprisonment Range: ___ to ___
Supervised Release Range: ___ to ___
Fine Range: _None_
Special Assessment $ _100 Immed._   _to Rosetta Stone_
Restitution $ _102,357.29_

BOP for _12 mos + 1 day BOP_ months   Probation for ___ months
Supervised Release for _2_ years

Court departs from Guidelines pursuant to:
USSG 5H1.4 _18 mos. Δ asked ¶55 to_
USSG 5K1.1 _be amended (has H.S._
USSG 5K2.12 _diploma). That change will_
USSG 5C1.2 _be made to PSIR. Δ req._
Other: _split sentence._
_Changes to PSIR_
_Worksheet A # would be 8_
_70,000 + 120,000_
_total 18 adj. off level_
_Worksheet D adj. off_
_level 18 - 3 = 15_
_(18-24 mos)_
_P.O. to change._

SPECIAL CONDITIONS:
___ Dft. to remain drug free, submit to In/Out patient testing as directed.
✓ Dft. must participate in _____ counseling as directed.
✓ No new credit _w/out perm._
✓ Access to all financial records. _w/out_
___ Dft. must notify employer
✓ Dft. must pay restitution in monthly install. of $ _150_ to begin _60_ days after release from custody.
___ Drug testing waived
___ Home confinement for the first ___ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
✓ Dft. must fully cooperate w/ INS in any deportation proceedings; may not re-enter w/o perm.
✓ _Windfalls toward restitut._
✓ _Not open Internet bus. of own w/out P.O.'s approval in advance_

RECOMMENDATIONS TO BOP:
___ Dft. designated to facility _____.
___ Dft. designated to facility to receive intensive drug treatments.
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Dft. designated to minimum level security facility

Defendant ✓ Remanded ___ Cont'd on Bond to Self-Surrender as directed by USMS
       ___ to be Deported Immediately

_Restitution Order passed up to the Court_